**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM GORDY,<br><br>    Plaintiff,<br><br>    v.<br><br>AGAMYAN et al.,<br><br>    Defendants. | Case No. CV 18-2590-GW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the records on file and the Report and Recommendation of U.S. Magistrate Judge, which recommends that the Court grant Defendants' summary-judgment motion. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendants' summary-judgment motion is GRANTED and judgment be entered in their favor.

DATED: April 21, 2021

_____
GEORGE H. WU
U.S. DISTRICT JUDGE