# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GORDY, | ) Case No. CV 18-2590-GW (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| AGAMYAN et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that judgment be entered in Defendants' favor, dismissing this action with prejudice.

DATED: April 21, 2021

GEORGE H. WU
U.S. DISTRICT JUDGE